**DISMISS and Opinion Filed November 16, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01105-CV

## SHAHID KHAN, Appellant
## V.
## CITIBANK, N.A., Appellee

**On Appeal from the Justice Court, Precinct 3**
**Collin County, Texas**
**Trial Court Cause No. 03-FC-22-00322**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

This appeal is from the justice court's August 4, 2022 judgment. Because an appeal from justice court is to the county court at law, not the court of appeals, *see* TEX. CIV. PRAC. & REM. CODE ANN. § 51.001(a), we informed appellant by letter dated October 19, 2022, that we would dismiss the appeal unless, within ten days, he showed cause to retain the appeal on the docket. To date appellant has not responded. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221105F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

SHAHID KHAN, Appellant

No. 05-22-01105-CV     V.

CITIBANK, N.A., Appellee

On Appeal from the Justice Court, Precinct 3, Collin County, Texas Trial Court Cause No. 03-FC-22-00322.

Opinion delivered by Chief Justice Burns, Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 16th day of November 2022.